UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE TAYLOR WHITE,<br><br>        Plaintiff,<br><br>    v.<br><br>LEIGH G. FLEMING, *et al.*,<br><br>        Defendants. | Case No.  1:22-cv-00580-AWI-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED WITHOUT LEAVE TO AMEND<br><br>(ECF No. 5). |

       Plaintiff Jessie Taylor White ("Plaintiff") is confined at the Madera County Jail and proceeds *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On July 28, 2022, the assigned magistrate judge entered findings and recommendations recommending that this action be dismissed for failure to state a cognizable claim upon which relief may be granted without leave to amend. (ECF No. 5). On August 15, 2022, Plaintiff filed objections to the findings and recommendations. (ECF No. 6).

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on July 28, 2022 (ECF No. 5) are adopted in full;
2. This action is dismissed without leave to amend; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 13, 2022

SENIOR  DISTRICT  JUDGE